IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:20-CR-00099-RK-1 |
| | ) | |
| ALEX ANAGNOSTOPOULOS | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Mr. ALEX ANAGNOSTOPOULOS, pursuant to Fed. R. Crim. P. 32(b), respectfully moves this Court to continue the sentencing hearing from October 12, 2023, for a period of not less than twenty-one(21) days.

**I.   Procedural History**

On September 5, 2023, undersigned counsel filed a Motion to Continue Sentencing (ECF No. 170), which this Court heard the following day (Mins., ECF No. 171) and reset sentencing for October 12, 2023 (Not., ECF No. 172).

**II.   Factual Assertions**

As of October 10, 2023, former counsel has failed to transfer any portion of Mr. Anagnostopoulos' file – despite repeated requests from undersigned counsel. Attorney Divine is transferring a USB drive to the Government which has confirmed it will burn a copy of the discovery to the drive asap for undersigned counsel's review.

### III. Memorandum of Law

A "court must impose sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). However, a "court may, for good cause, change any time limit prescribed in [Federal Rule of Criminal Procedure 32]. Fed. R. Crim. P. 32(b)(2).

### IV. Opposing Party's Position

The Government <u>does not</u> oppose this request.

### V. Conclusion

Mr. Anagostopoulos, based on the foregoing factual assertions and argument, prays that this Court continue the sentencing hearing that is scheduled for October 12, 2023 for a period of not less than twenty-one(21) days.

Date: October 10, 2023

*s/ Criag M. Divine*
Craig M. Divine, Esq.
MO Bar. 62278
divinelaw@live.com

Divine Law Office, LLC
104 W. 9th St.
Kansas City, MO 64105
844.284.3964
www.divinelaw.com

Attorney for Defendant
Alex Anagnostopoulous

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:20-CR-00099-RK-1 |
| | ) | |
| ALEX ANAGNOSTOPOULOS | ) | |

## CERTIFICATE OF SERVICE

I certify that on October 10, 2023, I electronically filed the foregoing UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING with the Clerk of the United States District Court for the Western District of Missouri by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: October 10, 2023

*s/ Criag M. Divine*
Craig M. Divine, Esq.
MO Bar. 62278
divinelaw@live.com

Divine Law Office, LLC
104 W. 9th St.
Kansas City, MO 64105
844.284.3964
www.divinelaw.com

Attorney for Defendant
Alex Anagnostopoulous